IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:23-CV-04318 |
| ASA PARTNERS, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KIRK MACKEY and Defendant, ASA PARTNERS, L.P., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 20th day of January, 2024.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

        */s/ Anthony G. Stergio*
        Anthony G. Stergio, Esq.
        *Attorney for Defendant*
        SBN:  19169450
        Andrews Myers, P.C.
        1885 Saint James Place, 15th Fl.
        Houston, TX  77056
        Tel  713-850-4200
        Email:  astergio@andrewsmyers.com

        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of January, 2024, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

        /s/  Douglas S. Schapiro
        Douglas S. Schapiro
        Southern District of Texas ID No. 3182479