IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:23-CV-04318 |
| ASA PARTNERS, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed January 20, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, ASA PARTNERS, L.P., be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Signed on February 11, 2024,.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record